## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**EDAN GARCIA,**

    **Plaintiff,**

**v.**                                  **Case No.  5:23-cv-5-TKW-MJF**

**GULF CORRECTIONAL**
**INSTITUTION ADMINISTRATION &**
**SECURITY STAFF,**

    **Defendant.**

_____/

### ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders and failure to prosecute.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED** without prejudice.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 12th day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**